WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eliseo Solis Haro, | No. CV-18-02666-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Burger, et al., | |
| Defendants. | |

The Court has considered "Plaintiff's Motion for Extension of "30 Days" Time to Respond to "Defendants Motion for Summary Judgment and Supportive Facts." (Doc. 81).

IT IS ORDERED denying the Motion (Doc. 81) as moot. Plaintiff has been ordered to respond by October 15, 2019.

Dated this 27th day of September, 2019.

Honorable Eileen S. Willett
United States Magistrate Judge