**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eliseo Solis Haro, | No. CV-18-02666-PHX-GMS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Lisa McNeal, et al., | |
| Defendants. | |

    This matter is before the Court on its own review. On September 13, 2019, the Court ordered the Clerk of Court to send two blank subpoenas duces tecum to Plaintiff to enable discovery regarding last known or current addresses for Defendants Livingston and Torrez (Doc. 79 at 3). The Clerk of Court promptly sent packets to the Plaintiff which he returned properly filled-out on September 24, 2019 (Doc. 88). The Clerk of Court forwarded Plaintiff's subpoenas duces tecum to the United States Marshals Service ("USMS") for service of process on October 1, 2019.

    USMS served Corizon Health Inc. with Plaintiff's subpoena duces tecum regarding the last known or current address for Defendant Livingston on October 9, 2019, as reflected in Process Receipt and Return filed October 17, 2019 (Doc. 99). On October 31, 2019, Corizon Health Inc. filed Defendant Livingston's last known address under seal as reflected in its Notice (Docs. 105, 106). On November 1, 2019, the Clerk of Court prepared a service packet for USMS containing the sealed address of Defendant Livingston. No affidavit of

service has been returned by USMS.  The Court will order the Clerk of Court to inquire of USMS as to the status of service of process, prepare a second service packet for Defendant Livingston, and forward it to USMS for service of process on Defendant Livingston.

There is no record in the docket of USMS serving Corizon Health Inc. with Plaintiff's properly filled out subpoena duces tecum inquiring as to the current or last known address of Defendant Torrez.  Though forwarded to USMS on October 1, 2019, no action has been taken regarding the subpoena duces tecum for Defendant Torrez.  The Court will order the Clerk of Court to inquire of USMS as to the status of the subpoena duces tecum regarding Defendant Torrez and provide a second copy of same to USMS to be served on Corizon Health Inc.

For the reasons set forth herein,

**IT IS ORDERED** that the Clerk of Court inquire of USMS as to the status of service of process on Defendant Livingston, prepare a second service packet for Defendant Livingston, and forward it to USMS for service of process on Defendant Livingston.

**IT IS FURTHER ORDERED** that the Clerk of Court inquire of USMS as to the status of service of process on Corizon Health Inc. of the subpoena duces tecum regarding Defendant Torrez and provide a second copy of same to USMS for service of process.  Upon receipt of a sealed last known address from Corizon Health Inc. for Defendant Torrez, the Clerk of Court shall prepare a service packet for USMS and forward it to USMS for service of process upon Defendant Torrez.

**IT IS FURTHER ORDERED** extending the time for service of process as to Defendant Livingston to May 14, 2020.

**IT IS FURTHER ORDERED** extending the time for service of process as to Defendant Torrez to June 1, 2020.

Dated this 14th day of April, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge